COURT
OF APPEALS

                                         SECOND
DISTRICT OF TEXAS

                                                     FORT
WORTH

 

                                           NO. 2-07-231-CV

 

NOBLE EZUKANMA, M.D. AND                                            APPELLANTS

HEALTHFIRST MEDICAL GROUP, 

P.A., AND KRISHNABABU 

CHUNDURI, M.D. 

 

                                                      V.

 

ROBERT GENE CUNNINGHAM,                                               APPELLEES

INDIVIDUALLY AND AS REPRESENTATIVE 

OF THE ESTATE OF PATRICIA MAUDINE 

CUNNINGHAM, DECEASED, ROBIN LEE 

CUNNINGHAM BISHOP, AND TRACY 

JEANNE CUNNINGHAM LANG

 

                                                    AND

 

ROBERT GENE CUNNINGHAM,                                            APPELLANTS

INDIVIDUALLY AND AS REPRESENTATIVE

OF THE ESTATE OF PATRICIA MAUDINE

CUNNINGHAM, DECEASED, ROBIN LEE 

CUNNINGHAM BISHOP, AND TRACY JEANNE

CUNNINGHAM LANG

 

                                                      V.

 

LADI O.M. HAROONA, M.D.                                                     APPELLEE

 

                                                   ----------

              FROM THE 141ST DISTRICT
COURT OF TARRANT COUNTY

                                                   ----------








                   MEMORANDUM OPINION[1] AND
JUDGMENT

                                                   ----------

We have
considered appellants Noble Ezukanma, M.D. and HealthFirst Medical Group, P.A.
and appellees Robert Gene Cunningham, Individually and as Representative of the
Estate of Patricia Maudine Cunningham, Deceased, Robin Lee Cunningham Bishop,
and Tracy Jeanne Cunningham Lang=s AJoint
Motion To Dismiss.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss appellants= appeal
of the final judgment entered in appellees= favor
only.  See Tex. R. App. P.
42.1(a)(2), 43.2(f).

Costs of
appellants= appeal of the judgment entered
in appellees= favor shall be paid by the
party incurring the same, for which let execution issue.

 

PER CURIAM

 

 

PANEL: 
GARDNER, DAUPHINOT, and HOLMAN, JJ.

 

DELIVERED: 
December 11, 2008











[1]See Tex. R. App. P. 47.4.